IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JERRY WILDER, | ) | CASE NO. 1:07 CV 745 |
| Petitioner, | ) | |
| v. | ) | JUDGE DONALD C. NUGENT |
| STUART HUDSON, WARDEN, | ) | Magistrate Judge David S. Perelman |
| Respondent. | ) | **JUDGMENT** |

Pursuant to this Court's Memorandum Opinion and Order, the Report and Recommendation of Magistrate Judge David S. Perelman (Document #10) is ADOPTED. Respondent's Motion to Dismiss (Document #9) is hereby GRANTED and Petitioner's Petition for Habeas Corpus pursuant to 28 U.S.C. § 2254 (Document #1) is DENIED.

Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); FED. R. APP. P. 22(b).

IT IS SO ORDERED.

DONALD C. NUGENT
United States District Judge

DATED: September 13, 2007